COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

                                          NOS. 2-08-336-CV

       2-08-342-CV

      

IN RE OLSHAN FOUNDATION REPAIR                                         RELATORS

COMPANY, LLC AND OLSHAN FOUNDATION

REPAIR COMPANY OF DALLAS,
LTD.                                                     

                                                                                                           

                                                  ------------

                                       ORIGINAL
PROCEEDING

                                                  ------------

                                  MEMORANDUM
OPINION[1]

                                                  ------------

The
court has considered relators=
petitions for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petitions for writ of mandamus are denied. 
The stay of the trial court proceedings in cause numbers 07-06-429 and
07-06-435 in the 271st District Court of Wise County, Texas are hereby lifted.

Relators
shall pay all costs of these original proceedings, for which let execution
issue.

PER CURIAM

 

PANEL: 
GARDNER, J.; CAYCE, C.J.; and DAUPHINOT, J.

 








DELIVERED: 
October 2, 2008  











    [1]See
Tex. R. App. P. 47.4.